AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

New Jersey Sports Productions, Inc., d/b/a Main Events, a New Jersey corporation,

*Plaintiff(s)*

v.

Main Event Boxing Gym LLC, a Florida limited liability company and Joshua A. Willett, an individual residing in the State of Florida,

*Defendant(s)*

Civil Action No. 8:17-cv-1794-T36-JSS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Main Event Boxing Gym LLC, a Florida limited liability company
Joshua A. Willett, Registered Agent
1111 Queen Street North
St. Petersburg, Florida  33713

RECEIVED 2017 JUL 27 PM 3:22 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Samuel D. Littlepage, Esq. | | Alice R. Huneycutt, Esq. |
| Melissa Alcantara, Esq. | | Stearns Weaver Miller, et al. |
| Dickinson Wright PLLC | - and - | 401 E. Jackson St., Ste. 2200 |
| 1825 Eye St. N.W., Ste. 900 | | Tampa, Florida  33602 |
| Washington, D.C.  20006 | | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*[signature]*

Date:  07/27/2017

*Signature of Clerk or Deputy Clerk*