UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEW JERSEY SPORTS PRODUCTIONS,
INC., d/b/a MAIN EVENTS, a New Jersey
corporation

    Plaintiff,

v.                            Case No: 8:17-cv-1794-T-36JSS

MAIN EVENT BOXING GYM, LLC, a
Florida Limited Liability Company and
JOSHUA A. WILLETT, an individual
residing in the State of Florida,

    Defendants.
_____/

## ORDER

Before the Court is the Stipulated Dismissal (Doc. 28). In accord with the Stipulated Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) The Stipulated Dismissal is **APPROVED** (Doc. 28).

2) This cause is dismissed, without prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 27, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record